FILED

2009 Jul-23  AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **EDDIE MURPHREE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No.  2:09-cv-00158-JEO** |
| ) | |
| **CARROLL SHELBY; CARROLL** ) | |
| **SHELBY LEASING, INC.; DOUG** ) | |
| **HASTY; and ROBERT SIGN, JR.,** ) | |
| ) | |
| **Defendants.** ) | |

### MEMORANDUM OPINION

This matter is before the court on the motion of defendant Carroll Shelby and Carroll Shelby Licensing, Inc., (doc. 30), the motion to dismiss filed by defendant Douglas S. Hasty (doc. 27), and the motion to strike filed by plaintiff Edward O. Murphree, Jr. (doc. 34).  On June 10, 2009, the magistrate judge assigned this matter filed a "Report and Recommendation" finding that the motions to dismiss are due to be granted and the plaintiff's motion to strike is moot .  (Doc. 43).  No objections have been filed.

The court has considered the entire file in this action together with the magistrate judge's Report and Recommendation and has reached an independent conclusion that the magistrate judge's Report and Recommendation is due to be adopted and approved.  Accordingly, the court hereby **ADOPTS** and **APPROVES**

the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accordance with the recommendation, the defendants' motions to dismiss (docs. 27 and 30) are due to be **GRANTED** and the plaintiff's motion to strike (doc. 34) is deemed to be **MOOT**.  An appropriate order will be entered.

DONE this 23rd day of July, 2009.

_____
United States District Judge